Reset Form

CAND Pay.gov Application for Refund (rev. 2/2023)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, *enter the information for the **incorrect** transaction (the one for which you are requesting a refund)*, not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* | William A. Levin | 7. Your Phone Number: | (415) 426-3110 |
| 2. Your Email Address:* | wlevin@levinsimes.com | 8. Full Case Number (if applicable): | 3:23-cv-04371-CRB |
| 3. ✓ Receipt Agency Tracking ID:* | BCANDC-18583364 | 9. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | 08/25/2023 | | |
| 5. Transaction Time:* | 1:00 am | | |
| 6. Transaction Amount (Amount to be refunded):* | $ 402.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, *provide the **correct** receipt number in this field*.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Internet connection error caused duplicate payments. The correct receipt number is ACANDC-18583364. The date of the correct transaction is 8/25/2023 with the time of 12:58 AM ET.

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: *cand.uscourts.gov/ecf/payments*. For assistance, contact the ECF Help Desk at 1-866-638-7829 or *ecfhelpdesk@cand.uscourts.gov* Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ✓ Denied — Resubmit amended application (see reason for denial) | **DENIED** By Ana Banares at 6:38 am, Sep 05, 2024 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please switch the receipt #'s noted on section 3 and 10 (vice versa). The correct receipt number is docketed in ECF. | |
| Referred for OSC date (if applicable): | |